[No. 70044-8-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE ALFREDO GABINO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00398-3, Deborra Garrett, J., entered February 26, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.

[No. 70419-2-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CRUZ-GRIJALVA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00486-9, Lori Kay Smith, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Dwyer, JJ.

[No. 70494-0-I.   Division One.   January 20, 2015.]

MARK W. HAFFNER, *Appellant*, v. IVAR RONALD ALM ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-31305-1, Brian D. Gain, J., entered May 14, 2013. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Cox and Schindler, JJ.

[No. 70506-7-I.   Division One.   January 20, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO MENDOZA-GOMEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00422-2, Bill Bowman, J., entered May 31, 2013. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Becker and Trickey, JJ.